IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
MARGARET HIYKEL,              )
                              )
           Plaintiff,         )        8:05CV63
                              )
     v.                       )
                              )
JEFFERSON PILOT FINANCIAL     )        ORDER
INSURANCE COMPANY,            )
                              )
           Defendant.         )
_____ )
```

This matter is before the Court on the stipulation and joint motion for dismissal with prejudice (Filing No. 15). Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice, each party to pay its own costs and attorney fees.

DATED this 21st day of June, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court